

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAPHAEL DEUTSCH ^
DAVID FORCE ▲
NAKICHA JOSEPH▲
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 30, 2021

**Via CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York

> The request to cancel the September 8, 2021 conference is GRANTED. Any motion by Plaintiff for default judgment must be filed and served on Defendant by October 15, 2021.
>
> September 1, 2021
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

    Re:    **Angeles v. Toolots, Inc.**
             **1:21-cv-05590-LJL**

Dear Judge Liman:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for September 8, 2021, be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

    The Plaintiff is in the process of obtaining the Clerk's Certificate of Default and will mail it to Defendant's business address.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully submitted,

    *s/ Mark Rozenberg*
    Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF